IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CR118 |
| | ) | |
| v. | ) | |
| | ) | |
| HUMBERTO RIVERA-MORENO, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the memorandum and order issued this date,

JUDGMENT is entered for the United States of America and against Humberto Rivera-Moreno providing that his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, filing 208, is denied, and dismissed with prejudice.

June 11, 2007.                           BY THE COURT

                                         *s/ Richard G. Kopf*
                                         United States District Judge