AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR118 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19417-047 |
| | ) | |
| HUMBERTO RIVERA-MORENO, | ) | MARK A. WEBER |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 1/26/2005 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

    Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 292 months is reduced to 235 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

This reduction pertains only to Count I.  The 60 month consecutive sentence on Count III remains the same.  The parties' stipulation (filing 291) is granted as provided herein.  Except as provided above, all provisions of the judgment dated January 26, 2005 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2009
Effective Date: Monday, September 28, 2009

*Richard G. Kopf*
United States District Judge