IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:04CR118 |
| V. | ) | |
| HUMBERTO RIVERA-MORENO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall notify the defendant of the anticipated cost for copies of the trial and sentencing transcripts and jury instructions in this case. The defendant's motion for copies (filing no. 308) is otherwise denied.

DATED this 17th day of December, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge