# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:04CR118 |
| v. | ) | |
| HUMBERTO RIVERA-MORENO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for copies (filing no. 330) is denied.

DATED this 12th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge