IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR118-1 |
| | ) | |
| v. | ) | |
| | ) | |
| HUMBERTO RIVERA-MORENO, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Assistant United States Attorney John E. Higgins shall respond to the defendant's First Step Act motion and brief (filing 336 and 337) on or before April 2, 2019. The Clerk shall provide a copy of this order to FPD David R. Stickman and AUSA John Higgins.

DATED this 12th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge