IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America<br><br>        Plaintiff,<br><br>vs.<br><br>Humberto Rivera-Moreno<br><br>        Defendant. | Case No. 8:04CR118<br><br>ORDER |

      Before the Court is the request for production of a CD of hearing held on December 29, 2004 [Filing No. 170].

      IT IS ORDERED:

1. The request for production of a CD, filing no. [343] is granted.

2. Rafael Chavez, Jr., is advised that the cost of the CD is $ 31. To proceed with this request, payment should be sent to the Clerk of Court.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a CD of the hearing held on December 29, 2004 and mail the CD to the requestor. A copy of this order should also be mailed to Rafael Chavez, Jr.

DATED: November 5, 2020

                                                      BY THE COURT:

                                                      s/ Richard G. Kopf
                                                      United States District Judge